1  NOSSAMAN LLP
   ROBERT D. THORNTON (SBN 72934)
2  rthornton@nossaman.com
   PAUL S. WEILAND (SBN 237058)
3  pweiland@nossaman.com
   AUDREY M. HUANG (SBN 217622)
4  ahuang@nossaman.com
   18101 Von Karman Avenue, Suite 1800
5  Irvine, CA 92612
   Telephone:  (949) 833-7800
6  Facsimile:  (949) 833-7878

7  Attorneys for Plaintiffs
   Coalition for a Sustainable Delta and Kern County
8  Water Agency

9  KERN COUNTY WATER AGENCY
   AMELIA T. MINABERRIGARAI (SBN 192359)
10 P.O. Box 58
   Bakersfield, CA  93302-0058
11 Telephone:  (661) 634-1400
   Facsimile:  (661) 634-1428
12
   Attorney for Plaintiff Kern County Water Agency
13

14

15

16                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
17

18 COALITION FOR A SUSTAINABLE DELTA      Case No:  1:09-CV-00480 OWW GSA
   and KERN COUNTY WATER AGENCY
19
                 Plaintiffs,             Judge: Hon. Oliver W. Wanger
20
          vs.
21                                       ORDER
   UNITED STATES DEPARTMENT OF
22 INTERIOR, KEN SALAZAR, in his official
   capacity as Secretary of the United States   [Filed Concurrently with Stipulation to
23 Department of Interior, UNITED STATES FISH    Combine Scheduling Conferences]
   AND WILDLIFE SERVICE, ROWAN W.
24 GOULD, in his official capacity as Acting     Date:      June 18, 2009
   Director of the United States Fish and Wildlife   Time:     8:15 a.m.
25 Service, UNITED STATES ENVIRONMENTAL          Courtroom: 3
   PROTECTION AGENCY, LISA JACKSON,
26 in her official capacity as Administrator of the
   Environmental Protection Agency, UNITED
27 STATES DEPARTMENT OF
   TRANSPORTATION, RAY LaHOOD, in his
28 official capacity as Secretary of Transportation,
   MARITIME ADMINISTRATION, JAMES E.

[PROPOSED] ORDER                                                    1
09cv480.combine.sc.DOC

1    CAPONITI, in his official capacity as Acting
Deputy Maritime Administrator, UNITED
2    STATES DEPARTMENT OF HOMELAND
SECURITY, JANET NAPOLITANO, in her
3    official capacity as Secretary of Homeland
Security, FEDERAL EMERGENCY
4    MANAGEMENT AGENCY, WILLIAM CRAIG
FUGATE, in his official capacity as Administrator
5    of the Federal Emergency Management Agency,
UNITED STATES ARMY CORPS OF
6    ENGINEERS, Lieutenant General Robert L. Van
Antwerp, in his official capacity as Commanding
7    General of the United States Army Corps of
Engineers,
8

9               Defendants,

10   UNITED STATES BUREAU OF
RECLAMATION and J. WILLIAM
11   MCDONALD, in his official capacity as Acting
Commissioner, United States Bureau of
12   Reclamation,

13   and

14   CALIFORNIA DEPARTMENT OF WATER
RESOURCES and LESTER SNOW, in his
15   official capacity as Director, California
Department of Water Resources,
16

17           Real Parties in Interest.

18

19

20

21

22

23

24

25

26

27

28

## ORDER

In light of the foregoing stipulation of the parties, and good cause appearing therefore, the Court orders that the date for the Scheduling Conference in the San Luis Case, the State Contractors Case, the Coalition Case, the MWD Case, and the Steward & Jasper Case is hereby set for June 18, 2009, at 8:15 a.m.

IT IS SO ORDERED.

Dated:  June  2, 2009       /S/ OLIVER W. WANGER
                          HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT
                          JUDGE, EASTERN DISTRICT OF CALIFORNIA