UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, RAY LAHOOD, in his official capacity as Secretary of Transportation, and MARITIME ADMINISTRATION, JAMES E. CAPONITI, in his official capacity as Acting Deputy Maritime Administrator,<br><br>              Defendants. | 1:09-cv-02023 LJO BAM<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

On November 17, 2009, a number of misjoined claims were severed from Case Number 1:09-cv-00480 and assigned new case numbers. Doc. 100. The above-captioned case includes Claims 8-10 from the second amended complaint ("SAC") against the Maritime Administration ("MARAD"), alleging violations of the Endangered Species Act ("ESA") relating to MARAD's alleged maintenance of National Defense Reserve Fleet vessels at Suisun Bay and the preparation of a management plan for disposal of non-retention vessels. SAC ¶¶ 155-76. Since severance, all related cases have proceeded to judgment. In this case, however, there has been absolutely no activity.

1

**Plaintiffs are ordered to show cause in writing on or before November 11, 2011 why this case should not be dismissed for lack of prosecution.**

```
SO ORDERED
Dated: October 17, 2011
                                    /s/ Lawrence J. O'Neill
                                    United States District Judge
```